JS - 6

**FILED: 3/4/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mellissa Withers,<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>eHarmony, Inc.,<br><br>　　　　**Defendant.** | **NO. CV 09-2266 GHK (RCx)**<br><br>**JUDGMENT** |

　　On October 8, 2010, the Court dismissed Plaintiff Mellissa Withers pursuant to a stipulation. On March 4, 2011, the Court granted summary judgment against Plaintiff Peter Schmidt. It is hereby **ADJUDGED** that this case is **DISMISSED with prejudice**. Plaintiff shall take nothing from the First Amended Complaint.

　　**IT IS SO ORDERED**.

　　DATED: March 4, 2011

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　United States District Judge